■ JAMES BAILEY et al., Respondents, v OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH SOCIETY OF BEMUS POINT, Appellant. [823 NYS2d 747]—Appeal from an order of the Supreme Court, Chautauqua County (Paula L. Feroleto, J.), entered January 12, 2006 in a personal injury action. The order, among other things, denied defendant's motion for partial summary judgment and granted plaintiffs' cross motion for partial summary judgment on liability on the Labor Law § 240 (1) cause of action.

Now, upon reading and filing the stipulation to withdraw and discontinue appeal signed by the attorneys for the parties on August 28, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, A.P.J., Gorski, Smith and Centra, JJ.

■ BASSE NARAIN et al., Appellants, v MICHAEL L. VILARDO, M.D., et al., Respondents. (Appeal No. 1.) [823 NYS2d 748]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered June 7, 2005. The order granted the motion of defendant Professional Communications Messaging Servicing, Inc. and the cross motion of defendants Michael L. Vilardo, M.D. and Ophthalmology Associates of Western New York, P.C. for summary judgment dismissing the complaint.

It is hereby ordered that said appeal insofar as it concerns defendant Ophthalmology Associates of Western New York, P.C. be and the same hereby is unanimously dismissed (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]) and the order is affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, A.P.J., Gorski, Smith and Centra, JJ.